IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT CARSWELL, | |
| Plaintiff | |
| VS. | |
| PAUL McCOMMON, III, and CHRISTINA HUNT, | NO. 5:10-cv-486 (MTT) |
| Defendants | **O R D E R** |

Before the Court is plaintiff **ROBERT CARSWELL'S** post-judgment "Motion to Order United States Attorney to Prosecute Defendant [Federal Defender] Hunt & Defendant [Assistant United States Attorney] McCommon" (Tab # 11). Plaintiff has no constitutional right to have the defendants criminally prosecuted, *Oliver v. Collins*, 904 F.2d 278, 281 (5th Cir.1990), and this Court has no authority to order the United States Attorney to prosecute the defendants. *United States v. Cox*, 342 F.2d 167, 171 (5th Cir. 1965). Accordingly, plaintiff's motion is **DENIED**.

**SO ORDERED**, this 4th day of March, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr